IN THE UNITED STATES DISTRICT COURT
FOR THE __________ DISTRICT OF __________
__________ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED
JAMES J. VILT, JR. - CLERK
JUL 07 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Stephanie C White

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

The Galt House
Al J. Schneider Company

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

AMENDED

**Complaint for Employment Discrimination**

Case No. 3:23-cv-168-CRS
*(to be filed in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No ✓
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stephanie C. White |
| Street Address | 608 N 42nd St |
| City and County | Louisville Jefferson |
| State and Zip Code | KY 40212 |
| Telephone Number | 502- 690 -1465 |
| E-mail Address | encoreent62@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The Galt House |
| Job or Title (if known) | Al J Schneider Company |
| Street Address | 140 N Fourth St |
| City and County | Louisville , Jefferson |
| State and Zip Code | Kentucky 40202 |
| Telephone Number | 502- 589 - 5200 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code ____________________
Telephone Number ____________________
E-mail Address (if known) ____________________

Defendant No. 3

Name ____________________
Job or Title (if known) ____________________
Street Address ____________________
City and County ____________________
State and Zip Code ____________________
Telephone Number ____________________
E-mail Address (if known) ____________________

Defendant No. 4

Name ____________________
Job or Title (if known) ____________________
Street Address ____________________
City and County ____________________
State and Zip Code ____________________
Telephone Number ____________________
E-mail Address (if known) ____________________

**C. Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name The Galt House Al J. Schneider Co.
Street Address 140 N Fourth St
City and County Louisville ~~J~~ Jefferson
State and Zip Code Kentucky 40202
Telephone Number 502-589-5200

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

______________________________

☐ Relevant state law *(specify, if known)*:

______________________________

☐ Relevant city or county law *(specify, if known)*:

______________________________

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

While Employed at the Galt House

1) I was called a Black bitch by a white server: Amanda Desillets

2) A White Bartender was stealing money From me
It was no reprimand or investigation done
I had to prove she was stealing
She had others calling me an angry Black woman. Angie Yvenglij

3) I went to HR to complain about my toxic workplace environment with my Boss Alex Farrah and childs father Andrew Peters. I asked to be moved to a different dept. I was over looked and never moved despite my complaints about Alexs behavior and how he made the ~~[illegible]~~ women feel and myself ~~[illegible]~~ 3 other white women had issues with other employees. they asked to be removed and were immediately Kelly Nausbam, Sarah Nilest, Madison Guffey we all worked in the same resturant as me.

Alex constantly allowed the male bartenders to bully and over run the female bartenders despite worke experience

On one occasion Alex overlooked me being in a domestic situation with my childs father and told me there was no way I could survive on my own without Food Stamps if I left my current situation despite how nasty and openly public and abusive it was.

Alex was costantly innappropriate with the 21 Servers. I walked up on him being in appropriate with College Student servers.

Alex Constantly made the women he was att attracted to uncomfortable. He Constantly critized me and other women.

Alex told me one time he had a type after he hired 3 women who

all looked alike Biracial women with Blonde and black hair.

After alex critized me in my review I went to HR about him again

I was retaliated against by being written up 3 times in a 2 week span.

I witness Alex making fun of other Employees physical Features.

Others employees reported Alex and his inappropriate behavior but HR never investigated they would ask Alex and he would Deny what was said.

Alex used racial Slurs and also sexally advanced men.

Alex leaned in my ear one day while working and told me he was going to fuck a j7 server. It was random and made me uncomfortable

Dates taken in EEOC Statements and evidence submitted video available

Case 3:23-cv-00168-RGJ Document 1-1 Filed 04/07/23 Page 1 of 6 PageID #: 8

While employed at the Galt house from May 13, 2021 through Sept 1, 2022. I (Stephanie White) made complaint of another employee who is also the father of my children Andrew Peters to my HR Director Kemely Lopez. I complained of enduring emotional abuse and being subjected to a hostile work environment while working in the same department as him due to his dishonesty and manipulation during work hours. Andrew Peters caused severgl confrontations between myself and other women that worked at the Galt House together. The relationship was plagued with Domestic violence as well with situations that involved Mr. Peters and I to be encarserated.

I contacted HR due to the lack of support from my management in my Dept in Food and Beverage. My manager Alex Furrah, also participated in the harsh treatment towards women at the workplace. He use to sexually harrass other employees

and say mean and disrespectful things about women employees on the work place. I have witness alex State that he had a type and began to employ women he was Sexually attracted to All the women hired through HR were light complexion or biracial women. It became the norm at the Galt House that if you were a woman you were not Alex's type and that became the excuse due to his harsh treatment. On the clock ~~on appx~~ close to the date of May 23-24, 2022 Alex during an outdoor bar event told me that if I were to leave or try to seperate away from Andrew Peters that there was no way I would be able to survive without food stamps or govt assistance despite the fact I was revealing to him I was in an abusive relationship. Alex also leaned into my ear that same night while Staring at another female employee and Stated

that he was going to "Fuck her." That same night Alex accused me of be intoxicated with no ment or proof and went to Andrew Peters and told him to get me off the property. He told me despite my please of confusion and not wanting to be around or involved with Andrew that he loved me and we needed to work things out. Alex forced me to leave with Andrew by threatening my job by stating we could take things to another level which included upper management.

On May 25, 2020

I wrote Kemely Lopez my HR Director an email addressing Andrew Peters. We arranged a date to meet in person and I asked to be removed from the dept. I complained about Alexs behavior concerning me and Andrew as stated in the previous paragraph.

Kemely assured me that she would have my back to help me move depts we looked up other positions in the hotel and she told me to submit my resume, she also told me to goto the department manager I wanted to move to and set up interview times I contacted the Dept Manager 2 times and both times he stated he was waiting for Kemely so we could all interview together. That interview never happend.

After I reported Alex he began to be abrasive with me and he gave me a bad performance review By the time of the review I felt alex gave me unfair and bias judgement as a person and wrote derogatory remarks to prevent me from being transferred.

While employed I watched other Caucasian women endure issues within their

dept. They went to HR and management and asked to be moved. All three white women were moved to different ~~depts~~ departments. Their names
Kelly Naussbum
Sarah Nilest
Madison Cuffey.

All which whom were employed less time than me. While employed at the Galt House Money was stole from me by a white woman named Angie Yengling. No action was taken against her. I was also called a black bitch by another white ~~empl~~ employee as well.

I do have proof text videos and statements to back up all claims of my exprience while employed at the Galt House.

Stephanie White
Brecent42@Gmail.com
502-6901465

See back

Im willing to provide more details to this case if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: ______________________________

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Between April 2021 - Sept 2021

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race ______________________________
- ☒ color ______________________________
- ☒ gender/sex ______________________________
- ☐ religion ______________________________
- ☐ national origin ______________________________
- ☐ age. My year of birth is ____________. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

  ______________________________

E. The facts of my case are as follows. Attach additional pages if needed.

All evidence and video submissions available upon request as evidence along with EEOC documentation

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

approx 8/25/22

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 1/13/2023.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

AS a result I ended up with a total loss of income. I am currently facing eviction and its caused emotional and Financial Distress
Im asking For $75,000 -$100,000 in damages for loss of wages

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 6, 2023

Signature of Plaintiff Steph White

Printed Name of Plaintiff Stephanie White

**B. For Attorneys**

Date of signing: __________, 20__.

| | |
|---|---|
| Signature of Attorney | ______________________________ |
| Printed Name of Attorney | ______________________________ |
| Bar Number | ______________________________ |
| Name of Law Firm | ______________________________ |
| Address | ______________________________ |
| Telephone Number | ______________________________ |
| E-mail Address | ______________________________ |