UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:23-CV-00168-CRS

STEPHANIE C. WHITE        PLAINTIFF

v.

SCHNEIDER HOTELS, LLC        DEFENDANTS
d/b/a THE GALT HOUSE, *et al*

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion entered on this date, Defendants' Motion for Summary Judgment **(DN 29)** is hereby **GRANTED** as to all claims. Accordingly, the Court enters this Judgment in favor of Defendants and against Plaintiff as to all claims.

There being no just reason for delay in its entry, this is a final and appealable Order and Judgment.

September 15, 2025

Charles R. Simpson III, Senior Judge
United States District Court